IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KELLY JENNINGS                                                PLAINTIFF

v.                          No. 4:17-cv-96-DPM

HAROLD BARBEE, Jailer, Pulaski County Jail;
HUFF, Jailer, Pulaski County Jail;
BANGS, Jailer, Pulaski County Jail;
SANDERS, Female Jailer, Pulaski County Jail;
and MARY S. MCGOWAN, Honorable                                DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Jennings hasn't paid the filing fee or submitted a complete *in forma pauperis* application; and the time to do so has passed. № 7. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2017