IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KELLY JENNINGS                                              PLAINTIFF

v.                        No. 4:17-cv-96-DPM

HAROLD BARBEE, Jailer, Pulaski County Jail;
HUFF, Jailer, Pulaski County Jail;
BANGS, Jailer, Pulaski County Jail;
SANDERS, Female Jailer, Pulaski County Jail;
and MARY S. MCGOWAN, Honorable                              DEFENDANTS

JUDGMENT

Jennings's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2017